IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUSCOXX, LLC,

    Plaintiff,                                          CASE NO.:

vs.

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Middle District of Florida, Tampa Division, and states as grounds for such removal the following:

1. On May 10, 2023, Plaintiff, MUSCOXX, LLC ("Plaintiff"), filed this action in the Circuit Court of the Tenth Judicial Circuit, in and for Polk County, Florida, Case No. 2023CA004585 ("State Action").

2. On July 21, 2023, SCOTTSDALE was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

    A.    Civil Cover Sheet;

    B.    Plaintiff's Complaint for Damages;

C. Plaintiff's Request for Admissions;

D. Plaintiff's Request to Produce;

E. Plaintiff's Notice of Propounding Interrogatories;

F. Correspondence from Plaintiff's Counsel;

G. Plaintiff's Notice of Designation of Email Addresses;

H. Summons;

I. Notice of Service of Process;

J. SCOTTSDALE'S Answer and Affirmative Defenses to Plaintiff's Complaint;

K. SCOTTSDALE'S Notice of Serving Interrogatories to Plaintiff;

L. SCOTTSDALE'S Motion for Extension of Time to Respond to Discovery;

M. Plaintiff's Notice of Service of Answers to Defendant's Interrogatories;

N. SCOTTSDALE's Response to Plaintiff's Request to Produce;

O. SCOTTDALE's Notice of Filing its Privilege Log in Support of Response to Plaintiff's First Request for Production;

P. SCOTTSDALE's Response to Plaintiff's Request for Admissions;

Q. SCOTTDALE's Notice of Serving Answers to Plaintiff's Interrogatories;

R. SCOTTSDALE'S Certification and Notice of Filing Notice of Removal; and

    S. SCOTTSDALE'S Notice of Removal to Opposing Counsel.

  3. This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Tampa Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court. *See* 28 U.S.C. § 1446(b).

  4. This Notice of Removal is filed timely. On August 21, 2023, SCOTTSDALE served its first set of interrogatories on Plaintiff, MUSCOXX, LLC, to determine its members and their citizenship.

  5. On September 26, 2023, Plaintiff, MUSCOXX, LLC, responded to the interrogatories identifying all the members of the limited liability company. *Id. See* Plaintiff's Verified Answers to Defendant's Interrogatories attached hereto as **Exhibit "2"**.

  6. As such, this matter was removed within 30 days of becoming removable pursuant to 28 U.S.C. § 1446(b)(3).

## DIVERSITY OF CITIZENSHIP

  7. At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between Plaintiff and SCOTTSDALE.

  8. For purposes of determining diversity of citizenship, a corporation is a citizen of every state by which it has been incorporated and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 130

S. Ct. 1181, 1183 (2010) ("The phrase 'principal place of business' in § 1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's actions i.e. its 'nerve center'").

9. At all times material to this action, SCOTTSDALE was and is incorporated in the State of Ohio with its principal place of business in the State of Ohio. Accordingly, at all times material to this action, SCOTTSDALE was a citizen of the State of Ohio. SCOTTSDALE is not a citizen of or incorporated in the State of Florida and does not have its principal of business in the State of Florida.

10. At all times material to this action MUSCOXX, LLC, was and is a Florida limited liability company with its principal place of business in the State of Florida. Accordingly, at all times material to this action, MUSCOXX, LLC, has been a citizen of Florida. MUSCOXX, LLC, is not a citizen of or incorporated in any other state. *See* **Exhibit "2"**.

11. Furthermore, a limited liability company has citizenship in every state that its members have citizenship. *Rolling Greens MHP, L.P. Comcast SCH Holdings, L.L.C.,* 374 F.3D 1020, 1022 (11th Cir. 2004).

12. Plaintiff's Verified Answers to Defendant's Interrogatories identifies all the members of the Limited Liability Company as: John Saterbo and Bryan Saterbo. *See* **Exhibit "2"**.

13. Plaintiff's Verified Answers to Defendant's Interrogatories identifies John Saterbo as a member of the Limited Liability Company, who has a permanent residential address at 472 Desoto Drive, New Smyrna Beach, Florida 32169.

According to the voting records, John Saterbo is registered to vote in Florida. Therefore, John Saterbo is a citizen of the State of Florida. *See* **Exhibit "3"**.

14. Plaintiff's Verified Answers to Defendant's Interrogatories identifies Bryan Saterbo as a member of the Limited Liability Company, who has a permanent residential address at 6107 Payne Stewart Drive, Windermere, Florida 34786. Bryan Sterbo owns 6107 Payne Stewart Drive, Windermere, Florida 34786 with a homestead exemption. Therefore, Bryan Saterbo is a citizen of the State of Florida. *See* **Exhibit "4"**.

15. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

16. Plaintiff's Complaint states, in relevant part, "[t]his is an action for breach of contract with damages greater than Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees." *See* **Composite Exhibit "1,"** at Complaint ¶ 1.

17. The Plaintiff is relying on an estimate prepared by Coastal Claims Service in the amount of $310,109.33. A copy of the estimate is attached as **Exhibit "5"**.

18. The subject policy's applicable deductible is $1,000.

19. SCOTTSDALE has issued payment totaling $9,350.43 to Plaintiff in connection with the subject insurance claim.

20. Thus, the amount in controversy herein is $299,758.90. This amount is

in excess of $75,000.00, exclusive of attorney's fees, interest and costs.

21. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiff and SCOTTSDALE are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

22. SCOTTSDALE has noticed the adverse parties, Plaintiff, of this Removal by notifying Plaintiff's attorney of record. *See* **Composite Exhibit "1."**

23. SCOTTSDALE has filed a written notice with the Clerk of the Court of the Tenth Judicial Circuit in and for Polk County, Florida in compliance with 28 U.S.C § 1446 (d). *See* **Composite Exhibit "1."**

BUTLER WEIHMULLER KATZ CRAIG LLP

s/ Thomas A. Keller
THOMAS A. KELLER, ESQ.
Florida Bar No.: 0153354
tkeller@butler.legal
Secondary:   lfarrell@butler.legal;
             rgarofalo@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900
*Attorneys for Defendant, Scottsdale Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

Corey A. Bundza, Esq.
Florida Bar No: 363730
Bundza & Rodriguez, P.A.
444 Seabreeze Boulevard, Suite 750
Daytona Beach, Florida 32118
corey@daytonalawyers.com
paralegal@daytonalawyers.com
*Counsel for Plaintiff*

s/ Thomas A. Keller
THOMAS A. KELLER, ESQ.